CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 21 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:97CR70099 |
| v. ) | |
| ) | **FINAL ORDER** |
| ORION R. HARDEN. ) | By: James C. Turk |
| ) | Senior United States District Judge |

For the reasons set forth in the memorandum opinion accompanying this final Order, it is **ORDERED** that the Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, is **DISMISSED** without prejudice as successive, and the action is stricken from the active docket of the court.

ENTER: This 21st day of August, 2008.

Senior United States District Judge