CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:97-cr-70099-1 |
| | ) | |
| v. | ) | 2255 DISMISSAL ORDER |
| | ) | |
| ORION ROSS HARDEN, | ) | By:  Hon. James C. Turk |
| Petitioner. | ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

### ORDERED

that petitioner's motion to dismiss for lack of jurisdiction (docket #84), which the court construes and the Clerk shall **FILE AS** a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** without prejudice as a successive § 2255 motion and the case is **STRICKEN** from the active docket.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and counsel of record for the United States.

ENTER: This 29th day of September, 2009.

/s/ James C. Turk
Senior United States District Judge