CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

OCT 2 0 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:97-cr-70099-1 |
| | ) | |
| v. | ) | **2255 DISMISSAL ORDER** |
| | ) | |
| ORION ROSS HARDEN, | ) | By: Hon. James C. Turk |
| Petitioner. | ) | Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

### ORDERED

that petitioner's motion to dismiss for lack of jurisdiction (docket #88), which the court construes

and the Clerk shall **FILE AS** a motion to vacate, set aside or correct sentence, pursuant to 28

U.S.C. § 2255, is **DISMISSED** without prejudice as a successive § 2255 motion and the case is

**STRICKEN** from the active docket.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to petitioner and counsel of record for the United States.

ENTER: This 20th day of October, 2009.

Senior United States District Judge